UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

**DWIGHT DION LAMPKIN,**
    Petitioner,

v.                          **Case No. 5:25-cv-140-CLM-JHE**

**WARDEN CHRISTOPHER GORDY, et al.,**
    Respondents.

## MEMORANDUM OPINION

Petitioner Dwight Dion Lampkin filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2254, along with a motion for leave to proceed in forma pauperis. (Docs. 1, 2). Lampkin then moved for an evidentiary hearing. (Doc. 7).

The magistrate judge has entered a report, recommending the court dismiss the petition for lack of jurisdiction. (Doc. 8). The magistrate judge also recommended that the court deny the petitioner's motion for an evidentiary hearing. (*See id.*). The magistrate judge advised Lampkin of his right to file specific written objections within 14 days, but the court has not received any objections.

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation, the court will dismiss Lampkin's petition for writ of habeas corpus (doc. 1) for lack of jurisdiction under 28 U.S.C. § 2244(b)(3)(A). The court will **DENY AS MOOT** Lampkin's motion for leave to proceed in forma pauperis (doc. 2) and motion for evidentiary hearing (doc. 7). A ruling on a certificate of appealability is not required. *See Osbourne v. Sec'y, Fla. Dep't of Corr.*, 968 F.3d 1261, 1264 n.3 (11th Cir. 2020) (A certificate of appealability is not required to appeal the dismissal for lack of subject matter jurisdiction of a successive habeas petition because such orders are not a final order).

2

The court will enter a separate order that carries out this ruling and closes this case.

**Done** on March 20, 2025.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE